```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                    Plaintiff,          :    13 Civ. 6705 (DLC)
            -v-                         :    13 Civ. 6719 (DLC)
                                        :    13 Civ. 6721 (DLC)
MORGAN STANLEY & CO., et al.,           :    13 Civ. 6726 (DLC)
                                        :    13 Civ. 6727 (DLC)
                    Defendants.         :    13 Civ. 6731 (DLC)
                                        :    13 Civ. 6736 (DLC)
And other NCUA Actions.                 :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------:
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                    Plaintiff,          :    11  Civ. 2340 &
            -v-                         :    2649 (JWL)
                                        :    12 Civ. 2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :    12 Civ. 2648 (JWL)
CAPITAL MARKETS, INC., et al.,          :    13 Civ. 2418 (JWL)
                                        :
                    Defendants.         :
                                        :
And other NCUA Actions.                 :
-----------------------------------------X


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                    Plaintiff,          :
            -v-                         :
                                        :
RBS SECURITIES, INC., f/k/a GREENWICH   :    11 Civ. 5887 (GW)
CAPITAL MARKETS, INC., et al.,          :    11 Civ. 6521 (GW)
                                        :
                    Defendants.         :
                                        :           ORDER
And other NCUA Actions.                 :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/14

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

As per the April 9, 2014 Master Discovery Protocol and an April 30 Order, defendants were required to complete production of third-party transcripts by June 13, 2014.  In a letter of June 13, defendants represent that they have made substantial production of said transcripts and request, with NCUA's consent, a two-week extension to make complete production.  It is hereby

ORDERED that the date by which defendants must complete production of third-party transcripts is extended to **June 27, 2014**.

SO ORDERED:

Dated: June 17, 2014            /s/ Denise Cote
                                United States District Judge


Dated: June 17, 2014            /s/ George H. Wu
                                United States District Judge


Dated: June 17, 2014            /s/ John W. Lungstrum
                                United States District Judge


Dated: June 17, 2014            /s/ James P. O'Hara
                                United States Magistrate Judge

2