```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                      Plaintiff,      :   13 Civ. 6705 (DLC)
           -v-                        :   13 Civ. 6719 (DLC)
                                      :   13 Civ. 6721 (DLC)
MORGAN STANLEY & CO., et al.,         :   13 Civ. 6726 (DLC)
                                      :   13 Civ. 6727 (DLC)
                      Defendants.     :   13 Civ. 6731 (DLC)
                                      :   13 Civ. 6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------:
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                      Plaintiff,      :   11  Civ. 2340 &
           -v-                        :   2649 (JWL)
                                      :   12 Civ. 2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :   12 Civ. 2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :   13 Civ. 2418 (JWL)
                                      :
                      Defendants.     :
                                      :
And other NCUA Actions.               :
-------------------------------------X


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                      Plaintiff,      :
           -v-                        :
                                      :
RBS SECURITIES, INC., f/k/a GREENWICH :   11 Civ. 5887 (GW)
CAPITAL MARKETS, INC., et al.,        :   11 Civ. 6521 (GW)
                                      :
                      Defendants.     :
                                      :            ORDER
And other NCUA Actions.               :
-------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/1/14_____
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

As per the April 9, 2014 Master Discovery Protocol and Orders of April 30 and June 17, defendants were required to complete production of third-party transcripts by June 27, 2014. In a letter of June 27, the parties jointly request a two-week extension to make complete production.  It is hereby

ORDERED that the date by which defendants must complete production of third-party transcripts is extended to **July 11, 2014**.

SO ORDERED:

Dated: July 1, 2014            /s/ Denise Cote
                               United States District Judge


Dated: July 1, 2014            /s/ George H. Wu
                               United States District Judge


Dated: July 1, 2014            /s/ John W. Lungstrum
                               United States District Judge


Dated: July 1, 2014            /s/ James P. O'Hara
                               United States Magistrate Judge