```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION        :
BOARD, etc.,                                :
                        Plaintiff,          :    13 Civ. 6705 (DLC)
            -v-                             :    13 Civ. 6719 (DLC)
                                            :    13 Civ. 6721 (DLC)
MORGAN STANLEY & CO., et al.,               :    13 Civ. 6726 (DLC)
                                            :    13 Civ. 6727 (DLC)
                        Defendants.         :    13 Civ. 6731 (DLC)
                                            :    13 Civ. 6736 (DLC)
And other NCUA Actions.                     :
-------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 8/11/14 |

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------------:
NATIONAL CREDIT UNION ADMINISTRATION        :
BOARD, etc.,                                :
                        Plaintiff,          :    11  Civ. 2340 &
            -v-                             :    2649 (JWL)
                                            :    12 Civ. 2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH       :    12 Civ. 2648 (JWL)
CAPITAL MARKETS, INC., et al.,              :    13 Civ. 2418 (JWL)
                                            :
                        Defendants.         :
                                            :
And other NCUA Actions.                     :
-------------------------------------------X


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION        :
BOARD, etc.,                                :
                        Plaintiff,          :
            -v-                             :
                                            :
RBS SECURITIES, INC., f/k/a GREENWICH       :    11 Civ. 5887 (GW)
CAPITAL MARKETS, INC., et al.,              :    11 Civ. 6521 (GW)
                                            :
                        Defendants.         :
                                            :         ORDER
And other NCUA Actions.                     :         -----
-------------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Having received the status report of August 8, 2014, it is hereby

ORDERED that NCUA and Goldman Sachs shall, by August 15, 2014, propose a schedule for resolving the objections by OneWest Bank, F.S.B., New Century Liquidating Trust, and Wells Fargo & Co. to the production of Loan Files and/or Guidelines, including dates by which any remaining objections by third parties shall be presented to the Court.

SO ORDERED:

Dated: August 11, 2014        /s/ Denise Cote
                              United States District Judge


Dated: August 11, 2014        /s/ George H. Wu
                              United States District Judge


Dated: August 11, 2014        /s/ John W. Lungstrum
                              United States District Judge


Dated: August 11, 2014        /s/ James P. O'Hara
                              United States Magistrate Judge