```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :     13cv6705 (DLC)
                -v-                   :     13cv6719 (DLC)
                                      :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :     13cv6726 (DLC)
                                      :     13cv6727 (DLC)
                        Defendants.   :     13cv6731 (DLC)
                                      :     13cv6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 9/23/14
DATE FILED: _____

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------:
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :     11cv2340 (JWL)
                -v-                   :     11cv2649 (JWL)
                                      :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :     12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :     13cv2418 (JWL)
                                      :
                        Defendants.   :
                                      :
And other NCUA Actions.               :
-------------------------------------X


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :     11cv5887 (GW)
                -v-                   :     11cv6521 (GW)
                                      :
RBS SECURITIES, INC., f/k/a GREENWICH :
CAPITAL MARKETS, INC., et al.,        :     ORDER
                                      :
                        Defendants.   :
                                      :
And other NCUA Actions.               :
-------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Pursuant to the Master Discovery Protocol of April 9, 2014, the parties in these coordinated actions submitted on September 19, 2014 their proposals regarding the limits on the number of fact depositions to be taken in this coordinated litigation. Having reviewed their submissions, and being aware of the elements of the claims and defenses in these strict liability actions, it is hereby

ORDERED that NCUA may take up to ten fact depositions of each defendant group, except that it may take only two fact depositions of the Novastar group. These depositions are each limited to one day.

IT IS FURTHER ORDERED that the defendants collectively may take up to five fact depositions of each of the four credit unions, and up to two fact depositions of NCUA.  Each of these depositions is limited to one day, except that the defendants may collectively take two-day depositions of two of the deponents for each credit union.

Dated: September 23, 2014       /s/ Denise Cote
                                United States District Judge


Dated: September 23, 2014       /s/ George H. Wu
                                United States District Judge


Dated: September 23, 2014       /s/ John W. Lungstrum
                                United States District Judge


Dated: September 23, 2014       /s/ James P. O'Hara
                                United States Magistrate Judge